ACCEPTED
01-14-00899-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 12:05:12 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 1-14-00899-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 12:05:12 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

### THE STATE OF TEXAS,
Appellant,

### V.

### TITAN LAND DEVELOPMENT, INC., A TEXAS CORPORATION, AND BAUER-HOCKLEY 550, L.P., A TEXAS LIMITED PARTNERSHIP,
Appellees.

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, the State of Texas, presents this Motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the court for an extension of time to file Appellant's Brief. As grounds for this Motion, Appellant would respectfully show the Court the following:

1. Appellant's Brief is due to be filed on January 16, 2015.

2. Appellant requests an extension of time to file its Brief until Friday, February 6, 2015, which is 21 days after the current due date of January 16, 2015.

3. This is Appellant's second request for extension of time to file its Brief.

4. Appellant needs an extension of time to file its Brief because time constraints on State's counsel have made it impossible to complete the State's Brief by January 16, 2015. Since December 17, 2014, State's counsel, in addition to routine duties, has had to make substantial time commitments to the following:

a. Preparing a seminar paper;

b. Assisting in the preparation and filing of an appellant's brief in *Texas Transportation Commission v. City of Jersey Village*, No. 14-14-00823-CV in the Fourteenth Court of Appeals; and

c. Preparing and filing an appellant's brief in *State of Texas v. Treeline Partners, Ltd.*, No. 14-14-00462-CV in the Fourteenth Court of Appeals.

Also, counsel's father died on December 18, 2014 and counsel has been out of the office numerous days on personal leave and for the Christmas and New Year's holidays.

For these reasons, Appellant respectfully requests that the Court grant an extension for filing Appellant's Brief until Friday, February 6, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RANDALL K. HILL
Assistant Attorney General
Chief, Transportation Division

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
State Bar No. 05776725
susan.bonnen@texasattorneygeneral.gov
Assistant Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
512/ 463-2004; FAX 512/ 472-3855

ATTORNEYS FOR APPELLANT,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 14, 2015, I conferred with Charles McFarland and he indicated that Appellees were not opposed to the motion.

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General

**CERTIFICATE OF SERVICE**

This is to certify that on this day, January 16, 2015, a true and correct copy of the foregoing ***Second Unopposed Motion for Extension of Time to File Appellant's Brief*** has been sent as follows:

Charles B. McFarland                     ***VIA ELECTRONIC FILING AND EMAIL***
McFarland PLLC
712 Main Street, Suite 1500
Houston, Texas 77002-3207
cmcfarland@mcfarlandpllc.com

ATTORNEYS FOR APPELLEES
TITAN LAND DEVELOPMENT, INC. AND
BAUER-HOCKLEY 550, L.P.

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General